No. 49602.—Protest 36965–K of Kwong Yick & Co. (Los Angeles).

Opinion by COLE, J. The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar, found to contain salt, was therefore excluded from paragraph 5. The protest was sustained to this extent. From the uncontradicted testimony that the oil in question serves only as a medium in which to pack the ducks and that after they are sold the oil is thrown away, the ducks were held dutiable on the net weight thereof. Citing *Von Bremen* v. *United States* (57 Treas. Dec. 679, T. D. 44000).

No. 49603.—Petition 6398–R of Delite Products Co., and/or H. H. Elder & Co. (Los Angeles).

Opinion by COLE, J. It appeared from the uncontradicted testimony of the customs broker, the only witness in the case, and who made the entry, that a diligent effort was made by the importer to cooperate with the customs officials in determining the proper dutiable value. Following the introduction of petitioner's testimony the Government disclosed possession of a customs agent's report from which it also appears that there was no intent on the part of anyone connected with this importation to defraud the revenue of the United States or to conceal or misrepresent the facts. On the record presented the petition was granted.